Certificate Number: 05781-VAE-DE-041167509

Bankruptcy Case Number: 26-32481



05781-VAE-DE-041167509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2026, at 8:58 o'clock AM PDT, Hassan El completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 5, 2026                    By:     /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:   President